# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 21-17-BU-SPW-TJC** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **BUDDY SHAW JR.,** | |
| **Defendant.** | |

Upon motion of the United States (Doc. 9) and good cause appearing,

IT IS HEREBY ORDERED that the summons in this case is quashed, and the Arraignment set for May 14, 2021 at 9:00 a.m. before Magistrate Judge DeSoto is VACATED.

IT IS FURTHER ORDERED that the Arraignment is rescheduled before Magistrate Judge Cavan on **May 10, 2021, at 9:00 a.m.** in the James F. Battin Federal Courthouse in Billings, Montana.

DATED this 7th day of May, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Court Judge

1